JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MUNOZ, | CASE NO. 8:21-cv-01801 JLS (JDEx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| BARTELT PACKAGING, LLC, a limited liability company; DOE 1, DOE 2, DOE 3, DOE 4 and DOE 5, individually and d/b/a BARTELT PACKAGING; and DOES 6 through 150, inclusive, | |
| Defendants. | |

1

1      Pursuant to the stipulation of the parties (Doc. 62) under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

DATED:  February 27, 2024     By:  _____
                                             HON. JOSEPHINE L. STATON
                                             UNITED STATES DISTRICT JUDGE